UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Anthony D. Harris

    v.                              Case No. 15-cv-305-SM

FCI Berlin, Warden


O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 26, 2016, for the reasons set forth therein. Mr. Harris's § 2241 petition is hereby dismissed for lack of jurisdiction.

The Clerk of Court shall enter judgment in accordance with this order and close the case.

SO ORDERED.

                                                Steven J. McAuliffe
                                                United States District Judge

Date: March 23, 2016

cc: Anthony D. Harris, pro se